FILED

2019 APR 24  AM 9: 2(

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: CW

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER: |
|---|---|---|
| | PLAINTIFF | CR 18-121-SJO |
| v. | | |
| Ramirez, Mario | | **REPORT COMMENCING CRIMINAL ACTION** |
| USMS# 75296-112 | DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed.  Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest:  4/19/19 @ 1700 hrs     ☐ AM  ☑ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☑ Yes  ☐ No

4. Charges under which defendant has been booked:
   18 USC 924  Weapon offense / 18 USC 2 Aiding & Abetting

5. Offense charged is a:  ☑ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☑ No  ☐ Yes  Language: _____

7. Year of Birth:  1985

8. Defendant has retained counsel:  ☐ No
   ☑ Yes  Name:  Robin Scroggie  Phone Number: 213 379 2984

9. Name of Pretrial Services Officer notified:  Officer Thompkins

10. Remarks (if any):  ASR from FDC Philadelphia

11. Name:  Kelly Gutierrez  (please print)

12. Office Phone Number: (213) 620-8325        13. Agency:  USMS

14. Signature:  _____                  15. Date:  4/24/19

CR-64 (05/18)            **REPORT COMMENCING CRIMINAL ACTION**